

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
TRAVIS LEVERETT
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6522 / FAX: (702) 388-6418
Travis.leverett@usdoj.gov

FILED

'21 JAN 22 AM 10: 27

U.S. MAGISTRATE JU...

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, Plaintiff, vs. Ruben Martin Covarrubias-Guerra, Defendant. | No. 2:21-MJ-00081-VCF<br><br>**SEALING ORDER**<br><br>(Under Seal) |
|---|---|

## GOVERNMENT'S APPLICATION REQUESTING SEALING OF ARREST WARRANT AND COMPLAINT

COMES NOW the United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and TRAVIS LEVERETT, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with the Court's Arrest Warrant, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

According to Title 18, United States Code, Section 3103a(b)(1) the court may delay any notice required, or that may be required, if there is reasonable cause to believe that providing immediate notification of the execution of the arrest warrant may have an adverse result. In this case, such an order would be appropriate because the Arrest Warrant and

Complaint relate to an ongoing criminal investigation into violations of 21 U.S.C. §§ 841(a)(1) that is neither public nor known to the target of the investigation involving ongoing illegal drug distribution. The extent of the above-described criminal activity is not yet known. Disclosure of the information will jeopardize the investigation, will give the target an opportunity to flee, or destroy or tamper with drug evidence which is easily disposed of, change patterns of behavior, or notify confederates. The Complaint also references an undercover officer and specific information obtained from that officer. Sealing would help to further protect the officer's identify and ensure his/her safety until an arrest has been made in this case.

For the reasons stated above and to protect the integrity of an ongoing investigation, it is requested that the Complaint and Arrest Warrant documents are sealed.

DATED this 22nd day of January, 2021.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

TRAVIS LEVERETT
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Ruben Martin Covarrubias-Guerra,<br><br>Defendant. | No. 2:21-MJ-00081-VCF<br><br>SEALING ORDER<br><br>(Under Seal) |

## SEALING ORDER

Based on the pending Application of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Complaint and Arrest Warrant, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 22nd day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE